# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUA VANG, | Case No. 1:15-cv-00549-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO NOTIFY COURT RE SERVICE OF SUMMONS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | TEN DAY DEADLINE |
| Defendant. | |

Plaintiff Doua Vang filed a complaint in this action on April 9, 2015 challenging the final decision of the Commissioner denying his application for Social Security benefits. (ECF No. 1.) On April 14, 2015, the Court issued the scheduling order. (ECF No. 5.) The scheduling order ordered Plaintiff to serve the summons and complaint in this action within twenty days of filing the complaint and to file a return of service with the Court. To date, no return of service has been filed with the Court and there is no indication that Plaintiff has filed the summons or complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   Accordingly, within ten (10) days from the date of service of this order, Plaintiff shall
2 either file the return of service or inform the Court in writing as to the status of service in this
3 action.  Failure to comply with this order will result in this action being dismissed for failure to
4 prosecute.

IT IS SO ORDERED.

Dated:   **May 18, 2015**

UNITED STATES MAGISTRATE JUDGE