UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUA VANG, | No. 1:15-CV-00549 (SAB) |
| Plaintiff, | |
| v. | ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including November 25, 2015, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 26, 2015**

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE