# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUA VANG,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:15-cv-00549-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>RESPONSE DUE WITHIN SEVEN DAYS |

On April 9, 2015, Plaintiff Doua Vang filed this action challenging the final decision of the Commissioner of Social Security denying Plaintiff's application for benefits.  On April 14, 2015, 2015, the scheduling order issued which set forth the briefing schedule in this action.  Pursuant to the April 14, 2015 scheduling order, Plaintiff was to serve a letter brief outlining the reasons that Plaintiff thinks that remand is appropriate within thirty days after service of the administrative record.  (Scheduling Order ¶ 3, ECF No. 5.)  The Commissioner then had thirty five days to serve a response to the letter brief.  (Id. at ¶ 4.)  "In the event [the Commissioner did] not agree to a remand, within thirty (30) days of service of respondent's response, appellant shall file and serve an opening brief with the court and on respondent."  (Id. at ¶ 6.)  On October 27, 2015, the Court entered an order extending the time for Plaintiff to serve his confidential letter brief to November 25, 2015, and all other deadlines were modified

1  accordingly.  (ECF No. 14.)

2        Accordingly to the certificate of service filed by the Commissioner, Plaintiff was served

3  with Defendant's response to the letter brief on December 30, 2015.  (ECF No. 16.)  Therefore,

4  Plaintiff's opening brief was to be filed by February 1, 2016.  As of this date, Plaintiff has not

5  filed an opening brief in compliance with the April 14, 2015 scheduling order.

6        Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to

7  this order to show cause why this action should not be dismissed for failure to prosecute within

8  **seven (7)** days of the date of this order.  Failure to comply with this order will result in this

9  action being dismissed for failure to prosecute.

10

IT IS SO ORDERED.

11

12  Dated:  __**February 5, 2016**__                    _____

                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28