# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUA VANG,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:15-cv-00549-SAB<br><br>DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME<br><br>(ECF No. 17, 18) |

On February 5, 2016, the Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  On February 12, 2016, Plaintiff filed a response to the order to show cause and a request to extend time for Plaintiff to file the opening brief in this action.

Based on the foregoing, IT IS HEREBY ORDERED that the order to show cause issued on February 5, 2016, is DISCHARGED, and Plaintiff's opening brief shall be filed on or before February 16, 2016.

IT IS SO ORDERED.

Dated:    **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE

1